UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JONATHAN JOHNSON,

          Plaintiff,

-vs-

B. CONNOLLY, et al.,

          Defendants.

ORDER
07-CV-6077 DGL

---

Defendants in this action having filed a motion [#10, 11, 12] to transfer venue of this action to the United States District Court for the Northern District of New York, and the plaintiff having filed his objection, it is hereby

ORDERED, that pursuant 28 U.S.C. §1404, Civil Action No. 07-CV-6077 be transferred to the United States District Court for the Northern District of New York; and it is further

ORDERED, that the defendants have until November 30, 2007 to answer the complaint.

SO ORDERED.

Dated:    Rochester, New York
           October 17, 2007

ENTER:

DAVID G. LARIMER
United States District Judge